UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE: RONALD EUGENE FORRESTER                CASE NO. 18-20329

DEBTOR(S)                                     CHAPTER 13
                                              Judge Wise

### ORDER SUSTAINING FIRST APPLICATION FOR ALLOWANCE OF ATTORNEY FEES

This matter is before the Court on the First Application for Allowance of Attorney Fees. Notice and Opportunity to object being afforded all parties so interested, and the Court being in all ways sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED,

Said Attorney is allowed a fee for his services herein in the amount of $11,228.88 plus reimbursement of out of pocket expenses of $539.90, for a total of $11,768.78. The Chapter 13 Trustee is authorized and directed to pay the fee out of the funds paid to her by the Debtor(s) less any payments made by the Debtor(s) ($1,447.20) as partial payment on this fee prior to the confirmation of the Plan. Trustee shall pay a net fee to said Attorney in the amount of $10,296.68. Law Firm shall pay a net fee to said Attorney in the amount of $510.25.

Pursuant to Local Rule 9022-1, Benjamin N. Wolff, shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1 and shall file with the court a certificate of service of the order upon such parties within 7 days hereof, including the following:

All parties listed on the Court's mailing Matrix
The United States Trustee
Beverly Burden, Trustee
Debtor(s)